SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JACOB SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>FIRSTENERGY CORP., *et al.*,<br><br>    Defendants. | Case No. 2:20-cv-03755<br><br>Judge Edmund A. Sargus<br>Magistrate Judge Kimberly A. Jolson |
| JAMES BULDAS,<br><br>    Plaintiff,<br><br>v.<br><br>FIRSTENERGY CORP., *et al.*,<br><br>    Defendants. | Case No. 2:20-cv-03987<br><br>Judge Edmund A. Sargus<br>Magistrate Judge Kimberly A. Jolson |
| BRIAN HUDOCK and CAMEO COUNTERTOPS, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>FIRSTENERGY CORP., *et al.*,<br><br>    Defendants. | Case No. 2:20-cv-03954<br><br>Judge Edmund A. Sargus<br>Magistrate Judge Kimberly A. Jolson |

## **ORDER**

This matter is before the Court on Defendants' Motion for Judgement on the Pleadings (ECF No. 87), Defendant Pearson's Motion to Dismiss (ECF No. 91), Plaintiffs' Motion for an Order to Set Trial Schedule (ECF No. 97), and Defendant FirstEnergy Solutions Corp.'s Motion to Dismiss (ECF No. 118). The parties have reported this case settled and the Court has

preliminarily approved the settlement. (ECF No. 142.) Consequently, these motions have been rendered **MOOT** and the Clerk is **DIRECTED** to remove them, ECF Nos. 87, 91, 97, 118, from this Court's pending motions list.

    **IT IS SO ORDERED.**


**9/8/2022**                          s/Edmund A. Sargus, Jr.
**DATE**                            **EDMUND A. SARGUS, JR.**
                                     **UNITED STATES DISTRICT JUDGE**