# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**BRIAN HUDOCK, et al.,**

    **Plaintiffs,**      Case No. 2:20-cv-3954
                                     JUDGE EDMUND A. SARGUS, JR.
v.                                 Magistrate Judge Kim Jolson

**FIRSTENERGY CORP., et al.,**

    **Defendants.**

## ORDER

This matter is before the Court on the Joint Motion to Stay, which has been rendered moot by the settlement of this matter. (ECF No. 120.) The Clerk is **DIRECTED** to dismiss as moot that motion.

**IT IS SO ORDERED.**


**9/15/2022**                                                        **s/Edmund A. Sargus, Jr.**
**DATE**                                                         **EDMUND A. SARGUS, JR.**
                                                                   **UNITED STATES DISTRICT JUDGE**