**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| JACOB SMITH, | ) | Case No. 2:20-cv-03755 |
| | ) | |
| Plaintiff, | ) | |
| | ) | Judge Edmund A. Sargus |
| v. | ) | Magistrate Judge Kimberly A. Jolson |
| | ) | |
| FIRSTENERGY CORP., *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

| | | |
|---|---|---|
| JAMES BULDAS, | ) | Case No. 2:20-cv-03987 |
| | ) | |
| Plaintiff, | ) | Judge Edmund A. Sargus |
| | ) | Magistrate Judge Kimberly A. Jolson |
| v. | ) | |
| | ) | |
| FIRSTENERGY CORP., *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

| | | |
|---|---|---|
| BRIAN HUDOCK and CAMEO COUNTERTOPS, INC., | ) | Case No. 2:20-cv-03954 |
| | ) | Judge Edmund A. Sargus |
| Plaintiffs, | ) | Magistrate Judge Kimberly A. Jolson |
| | ) | |
| v. | ) | |
| | ) | |
| FIRSTENERGY CORP., *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**CLASS PLAINTIFFS' MOTION FOR FINAL APPROVAL OF
CLASS ACTION SETTLEMENT AND AWARD OF ATTORNEYS'
FEES, COSTS, AND SERVICE PAYMENTS TO CLASS REPRESENTATIVES**

Pursuant to Federal Rule of Civil Procedure 23, Plaintiffs, Jacob Smith, Brian Hudock, Cameo Countertops, Inc., and Michael Emmons ("Class Plaintiffs") move this Court to finally approve a class-wide settlement in this action and award attorneys' fees, costs, and service

1

payments to class representatives.

This Court should grant the relief requested in this motion based upon: Class Plaintiffs' Memorandum of Law in Support of Final Approval of Class Action Settlement (attached as **Exhibit A**), Class Plaintiffs' Memorandum of Law in Support of Award of Attorneys' Fees, Costs, and Service Awards to Class Representatives (attached as **Exhibit B**); Supplement To Petition of Dennis E. Murray, Jr., Marvin A. Miller, and James L. Ward, Jr. In Support of Award of Attorneys' Fees, Reimbursement of Expenses, And Incentive Payments For Class Representatives (**Exhibit C**); and Class Plaintiffs' Response To Objections To Class Action Settlement (attached as **Exhibit D**), all of which are incorporated herein by reference.

WHEREFORE, for the foregoing reasons, Class Plaintiffs request that this Court enter the Proposed Final Approval Order (attached as **Exhibit E**), and grant them any additional or alternative relief deemed just and appropriate.

DATED: October 10, 2022          Respectfully submitted,

/s/ *Dennis E. Murray, Jr.*
Dennis E. Murray, Jr. (0038509)
Margaret M. Murray (0066633)
William H. Bartle (0008795)
MURRAY & MURRAY CO., L.P.A.
111 East Shoreline Drive
Sandusky, Ohio 44870-2517
Telephone: (419) 624-3126
Facsimile: (419) 624-0707
E-mail: dmj@murrayandmurray.com
         mmm@murrayandmurray.com
         whb@murrayandmurray.com

Marvin A. Miller*
Andrew Szot*
MILLER LAW LLC
145 South Wells Street, 18th Floor
Chicago, Illinois 60606
Telephone: (312) 332-3400
E-mail: mmiller@millerlawllc.com
         aszot@millerlawllc.com

2

3

        James L. Ward, JR.*
        MCGOWAN, HOOD & FELDER, LLC
        10 Shem Drive
        Suite 300
        Mt. Pleasant, SC 29464
        Telephone: (843)388-7202
        Email: jward@mcgowanhood.com

        *Counsel For Class Plaintiffs And Settlement Class*

    *attorneys admitted pro hac vice

## CERTIFICATE OF SERVICE

I certify that on October 10, 2022, the foregoing was filed electronically using the CM/ECF System. Notice of this filing will be sent to all parties in this case by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        /s/ *Margaret M. Murray*
        Margaret M. Murray (0066633)
        mmm@murrayandmurray.com
        MURRAY & MURRAY CO., L.P.A.

        *Attorney for Class Plaintiffs and Settlement Class*