# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| BRIAN HUDOCK AND CAMEO COUNTERTOPS, INC., <br> *Plaintiff* <br> v. <br> FIRSTENERGY CORP., et al.,, <br> *Defendant* | ) ) ) ) ) ) Civil Action No. 2:20-cv-3954 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ **recover from the defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ **other:** Pursuant to the Opinion and Order filed 12/5/2022 this case is closed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: 12/05/2022

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*